

# Fourth Court of Appeals
## San Antonio, Texas

March 14, 2018

No. 04-18-00127-CV

**EX PARTE LEONARDO NUNCIO**,

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2017 CVJ 002365-C1
Honorable Hugo Martinez, Judge Presiding

## O R D E R

The clerk's notification of late record is hereby GRANTED. Time is extended to March 19, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of March, 2018.

KEITH E. HOTTLE,
Clerk of Court